UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL EUGENE SHAW,<br>　　　　　Plaintiff,<br>　　v.<br>RICHARD HUDSON, et al.,<br>　　　　　Defendants. | Case No. 18-cv-07270-SVK<br><br>**ORDER CONTINUING OSC HEARING** |

In light of the parties' joint status report (Dkt. 22), the Court hereby CONTINUES the November 19, 2019 hearing on the Order to Show Cause re Settlement (Dkt. 21) to December 17, 2019 at 10:00 a.m. If a dismissal is not filed before that date, the parties must appear. No further extensions of the date to file a dismissal will be granted.

**SO ORDERED.**

Dated: November 14, 2019

_____
SUSAN VAN KEULEN
United States Magistrate Judge